# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

146785 & (19)(20)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEORGE WASHINGTON KIRKLAND,
      Defendant-Appellant.

SC: 146785
COA: 311556
Macomb CC: 2011-001727-FH

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the January 15, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for appointment of counsel is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013


                           Clerk

p0617